(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

(1)_____     :

   (Name of Plaintiff)    (Inmate Number)     :

                                               :

_____     :

   (Complete Address with zip code)     :

                                               :     06 - 4 1 8

(2)_____     :     _____

   (Name of Plaintiff)    (Inmate Number)     :             (Case Number)

                                               :     ( to be assigned by U.S. District Court)

_____     :

   (Complete Address with zip code)     :     *Class - Action*

(Each named party must be listed, and all names     :

must be printed or typed. Use additional sheets if needed)     :

                                               :

                        vs.     :     **CIVIL COMPLAINT**

(1)_____     :

(2)_____     :     • • Jury Trial Requested

(3)_____     :

       (Names of Defendants)     :

(Each named party must be listed, and all names     :

must be printed or typed. Use additional sheets if needed)     :

**I.   PREVIOUS LAWSUITS**

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

           _____

           _____

           _____

           _____

           _____

           _____

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    • • Yes    • • No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    • • Yes    • • No

C.    If your answer to "B" is Yes:

    1.    What steps did you take? _IMMINENT DANGER_
    _(5) NAMED EXEMPTIONS_

    2.    What was the result? _____

D.    If your answer to "B" is No, explain why not _____

III.    **DEFENDANTS** (in order listed on the caption)

(1)  Name of first defendant: _Rick KEARNEY ET AL_

    Employed as _WARDEN_ at _SCI_

    Mailing address with zip code: _PO BOX 500_
    _S. GEO DE 1_

(2)  Name of second defendant: _Judy_

    Employed as _DW / ? / O_ at _SCI_

    Mailing address with zip code: _PO Box 500_
    _GEO DE 19947_

(3)  Name of third defendant: _____

    Employed as _____ at _____

    Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. ON 6-28-06 I WAS DENIED FORMS TO PETITION COURTS FOR REDRESS OF PENDING CLAIMS IN VARIOUS COURT AND TOLD NONE WILL BE GIVEN.

2. Am 16 Judy EDERMAN DENIED GIVING ME FORMS UNLESS I FIRST FILLED OUT ALL FORMS GIVEN FIRST THUS DENYING ME ACCESS TO ALL OTHER COURTS THAT ARE PENDING OR TO BE FILED AND THUS ARE CHARGED .25¢ A PAGE FOR FORMS.

3.) CLAIMS ARE IMMINENT DANGER EXCEPTION(S) AND

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. CLASS-CERTIFICATION $75,000 COMPENSATORY DAMAGES REMAND TO STATE COURTS TO REOPEN ALL CASE(S) LOST due TO NON-ACCESS

2. _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _28_ day of _____ , 2_006_.

_____
(Signature of Plaintiff  1)

_____
(Signature of Plaintiff  2)

_____
(Signature of Plaintiff  3)

4

I/M: _____
BLDG. P1506
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. Dist. Court
844 King St.
Wilm De
19801

Legal Mail

Mailed 6-29-06



16566 U.S.POSTAGE
7984 $01.110 JUN 29
5187
$1.11
PB 22350
19'