IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-418-JJF |
| | ) |
| RICK KEARNEY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on July 27, 2006, the Court entered an order denying leave to proceed *in forma pauperis* because Plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant complaint does not allege an imminent threat of physical injury (D.I. 4);

WHEREAS, to date, payment has not been received from Plaintiff;

THEREFORE, at Wilmington this 13 day of September, 2006, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE